# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| KENNETH HARRINGTON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Case No.  2:10-cv-02065-HGD |
| ) | |
| DIVERSIFIED ADJUSTMENT ) | |
| SERVICE, INC., ) | |
| ) | |
| Defendant ) | |

## DISMISSAL ORDER

Pursuant to the Joint Stipulation of Dismissal filed by the parties (Doc. #6), it is **ORDERED**, **ADJUDGED** and **DECREED** that this action is due to be and hereby is **DISMISSED WITH PREJUDICE**, costs taxed as paid.

DONE this 22nd day of October, 2010.



SHARON  LOVELACE  BLACKBURN
CHIEF UNITED STATES DISTRICT JUDGE